52

### SNELL v. THE STATE.

HUTCHESON, J. 1. Even if language used by the solicitor-general be construed to be improper, the failure of defendant to make proper motion for mistrial leaves nothing for this court to pass on. *Nix* v. *State*, 149 *Ga.* 304 (100 S. E. 197).

2. The phrase "reasonable doubt" sufficiently defines itself. *Paulk* v. *State*, 148 *Ga.* 304 (2) (96 S. E. 417); *Bell* v. *State*, 148 *Ga.* 352 (96 S. E. 861).

3. There is no merit in the other grounds of the motion for new trial. The evidence was sufficient to authorize the verdict.

*Judgment affirmed. All the Justices concur.*

ATKINSON, J., concurs in the result, but not in all that is said in the first headnote.

No. 10186. JUNE 14, 1934.

*J. Frank Jackson* and *W. M. Goodwin,* for plaintiff in error.

*M. J. Yeomans, attorney-general, M. L. Gross, solicitor-general, B. D. Murphy* and *J. T. Goree, assistant attorneys-general,* contra.